| | |
|---|---|
| 1 | JOSEPH F. HART (State Bar No. 85056) |
| 2 | Law Offices of Joseph F. Hart |
|   | 433 North Camden Drive, Suite 600 |
| 3 | Beverly Hills, California 90210-4416 |
| 4 | Telephone: (310) 274-7157 |
|   | Facsimile: (310) 331-8779 |
| 5 | |
| 6 | Attorney for Plaintiff Cowslip Film Partners, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| COWSLIP FILM PARTNERS, LLC, a limited liability company, | Case No. CV13-cv3190 SH |
|---|---|
| Plaintiff, | COMPLAINT FOR DAMAGES FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL |
| v. | |
| FILESERVE HOLDINGS LIMITED, a British Virgin Islands company; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff Cowslip Film Partners, LLC ("Cowslip") alleges:

## FIRST COUNT

(Copyright Infringement And Unfair Competition)

### Parties

1. Cowslip is a limited liability company organized under California law with its principal place of business within this judicial district.

---
1
COMPLAINT FOR DAMAGES FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

2. Cowslip is informed and believes and therefore alleges that defendant FileServe Holdings Limited ("FileServe") is a company formed under the laws of the British Virgin Islands and is doing business in California within this judicial district.

3. Does 1 to 10 are presently unknown to Cowslip, who therefore sues them as Doe defendants. Each of the Doe defendants is in some manner a culpable party herein, and leave of court will be requested when their identities and functions become known. Cowslip is informed and believes and thereon alleges that each of the defendants was the agent and employee of each of the other defendants, and in doing the things hereinafter alleged, was acting within the scope of such agency.

## Jurisdiction And Venue

4. This action is brought under the Federal Copyright Act of 1976, as amended, 17 U.S.C. Section 101 *et seq*. This court has jurisdiction pursuant to Section 1338(a) of the Judicial Code (28 U.S.C. §1338(a)). Venue is proper in this district under Section 1400(a) of the Judicial Code (28 U.S.C. §1400(a)).

5. Personal jurisdiction is proper over the Defendants because the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business and enter into contracts with individuals in California, including within the County of Los Angeles and this judicial district. Defendants contract with California customers to sell monthly memberships for their services. Defendants, and each of them, have operated Internet web sites that contain material infringing upon Cowslip's copyright. Each of the Defendants, therefore, has purposefully availed itself of the privilege of doing business in California and within this district, and material elements of Defendants' wrongdoing occurred in this State.

### Description of defendant's business

6. FileServe operates the Internet website FileServe.com, which is accessible throughout the United States, including in California. FileServe.com is a website that sells access to large amounts of unauthorized intellectual property to the public, including to California residents, without paying the rightful owners of that property. FileServe and its users upload copyrighted and trademarked intellectual property (movies, songs, software, pictures, etc.) to its computer servers. In the case of FileServe.com, after a file is uploaded, FileServe provides to its users a unique Uniform Resource Locator ("URL") which allows its users to view or download the file from the website. The URL's are disseminated throughout the internet by FileServe and its users, which enable anyone with the URL to access, copy, and download the intellectual property from FileServe's servers. In order to view, copy, or download such files from the FileServe websites without waiting, the customer must purchase a membership fee, for as little as $9.95 per month. FileServe stores pirated full-length movies, songs, software, and images on its servers. It copies, distributes, and sells such pirated materials to thousands of consumers, without permission and without compensating the rightful owners of those materials.

6. FileServe is aware that its websites are being used as a vehicle to illegally copy and distribute large amounts of infringing materials. Because it charges membership fees for immediate access to the copyrighted materials stored on its servers, it is a distributor and seller of pirated materials.

### Basis of the Claim

7. Cowslip is the author of an original motion picture entitled *American Cowslip*

("the Work").

8. The Work contains substantial amounts of material created by Cowslip's skill, labor and judgment; the Work is copyrightable under the laws of the United States.

9. Cowslip has complied in all respect with the United States Copyright Act and all other laws governing copyright by applying for obtaining copyright registration for the Work, making the required deposit and receiving from the Register of Copyrights a certificate of registration, number PA1-723-783 dated April 30, 2010. A copy of the certificate of copyright registration is attached as Exhibit 1 to this complaint.

10. Within the last three years, defendants have willfully infringed Cowslip's copyright in the Work by copying, distributing, selling, providing to consumers, and storing copies of the Work without the authority, license, consent or permission of Cowslip.

11. Defendants engage in and facilitate the ongoing infringement of Cowslip's copyrights even though they are aware that Cowslip never authorized or consented to their use of the Work. Defendants are aware of the lack of Cowslip's authorization and consent for the following reasons, among others:

(a) *First*, between March 31, 2011 and February 7, 2012 Cowslip sent FileServe notices by letter and email advising FileServe that it was infringing upon Cowslip's copyright in the Work. Despite such notices, defendants' infringement did not cease.

(b) *Second*, defendants have offered for copying and download complete electronic copies of the Work that contain explicit notices of Cowslip's copyright ownership.

(c) *Third*, upon information and belief, FileServe does not own anything that it

sells access to but nevertheless – and without permission from copyright owners -- makes copies of, distributes, displays, or sells access to those works.

12. Defendants have copied, reproduced, distributed, sold, and/or publicly displayed the Work without the consent or authority of Cowslip, thereby directly infringing Cowslip's copyrights.

13. Defendants' conduct constitutes infringement of Cowslip's copyright and exclusive rights under copyright in the Work in violation of Sections 106 and 501, et. seq. of the United States Copyright Act, 17 U.S.C. §§ 106 and 501.

14. Defendants have induced, caused, and/or materially contributed to unauthorized copying, reproduction, adaptation, public display, and/or distribution of the Work.

15. Defendants' conduct constitutes contributory infringement of Cowslip's copyright and exclusive rights under copyright in the Work.

16. Defendants' conduct constitutes vicarious infringement of Cowslip's copyright and exclusive rights under copyright in the Work.

17. There is a substantial likelihood that Cowslip will succeed on the merits of this action.

18. The natural, probable and foreseeable result of Defendants' infringing conduct has been and will continue to be to deprive Cowslip of the benefits of exploiting, licensing and selling the Work, and to injure Cowslip in the marketplace for the Work.

COMPLAINT FOR DAMAGES FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

19. Cowslip is informed and believes, and therefore alleges, that it has lost and will continue to lose substantial revenues from the licensing of the Work, and will otherwise sustain damage as a result of Defendants' infringing conduct. Cowslip claims damages of $1,000,000 or such other sum as is proved at trial.

WHEREFORE, Cowslip requests that:

(1) Defendants and their respective licensees and agents be enjoined during the pendency of this action and permanently from infringing the copyrights of Cowslip in any manner, and from licensing, distributing, marketing, or otherwise exploiting the Work;

(2) Defendants be required to pay Cowslip such damages as Cowslip has sustained in consequence of defendants' infringement of Cowslip's copyright, and to account for all gains, profits, and advantages derived by defendants through their infringement of Cowslip's copyright, in the amount of $1,000,000, or such damages as the trier of fact shall deem proper within the provisions of the Copyright Act;

(3) Defendants be required to deliver to be impounded during the pendency of this action and at the conclusion of this action all physical materials relating to the Work in their possession or under their control, including all digital files, negatives, positive prints, advertising material and other related physical material, and to deliver up for destruction all infringing copies and all other matter for making such infringing copies;

(4) For statutory damages under 17 U.S. Code §412, at the election of Cowslip, at the rate of $150,000 for each act of infringement;

(5) For the costs of this action and reasonable attorneys' fees to be determined by the court; and

(6) For such other and further relief as is just.

Dated: May 1, 2013

Law Offices of Joseph F. Hart

By Joseph F. Hart,
attorneys for Plaintiff
Cowslip Film Partners, LLC

## DEMAND FOR JURY TRIAL

Plaintiff Cowslip Film Partners, LLC demands a jury trial on all issues in this matter.

Dated: May 1, 2013

Law Offices of Joseph F. Hart

By Joseph F. Hart,
attorneys for Plaintiff
Cowslip Film Partners, LLC

COMPLAINT FOR DAMAGES FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

**EXHIBIT 1**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

PA 1-723-783

Effective date of registration:

April 30, 2010

---

## Title
  **Title of Work:** American Cowslip

## Completion/Publication
  **Year of Completion:** 2009
  **Date of 1st Publication:** July 24, 2009        **Nation of 1st Publication:** United States

## Author
  ■ **Author:** Cowslip Film Partners, LLC
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
  **Copyright Claimant:** Cowslip Film Partners, LLC
  319 1/2 N. Orange Grove Ave., Los Angeles, CA, 90036, United States

## Limitation of copyright claim
  **Material excluded from this claim:** script/screenplay
  **Previous registration and year:** PAu003333833   2007
  **New material included in claim:** all other cinematographic material, production as a motion picture, revisions/additions to script

## Rights and Permissions
  **Name:** Joseph F. Hart
  **Email:** joe@josephfhart.com        **Telephone:** 310-274-7157
  **Address:** 800 S. Robertson Blvd.
  Suite 3
  Los Angeles, CA 90035-1634 United States

## Certification

-8-

Page 1 of 2

**Name:**  Joseph F. Hart

**Date:**  January 29, 2010

---

**Correspondence:**  Yes



| Name & Address: | |
|---|---|
| JOSEPH F. HART (State Bar No. 85056) | |
| Law Offices of Joseph F. Hart | |
| 433 North Camden Drive, Suite 600 | |
| Beverly Hills, California 90210-4416 | |
| Telephone: (310) 274-7157 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COWSLIP FILM PARTNERS, LLC, a limited liability company,<br><br>PLAINTIFF(S)<br>v.<br><br>FILESERVE HOLDINGS LIMITED, a British Virgin Islands company; and DOES 1 to 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13- 3190** SH<br><br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Joseph F. Hart_____, whose address is _433 N. Camden Drive, Suite 600, Beverly Hills, CA 90210-4416, tel. 310-274-7157_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY - 3 2013

Clerk, U.S. District Court

Dated: _____ By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)          SUMMONS

## I. (a) PLAINTIFFS (Check box if you are representing yourself ☐)
COWSLIP FILM PARTNERS, LLC

## DEFENDANTS (Check box if you are representing yourself ☐)
FILESERVE HOLDINGS LIMITED and DOES 1 TO 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joseph F. Hart
Law Offices of Joseph F. Hart
433 N. Camden Drive, Suite 600
Beverly Hills, CA 90210-4416 tel: 310-274-7157

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
unknown

## II. BASIS OF JURISDICTION (Place an X in one box only.)
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** 1,000,000

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.Code Section 101 et seq.; copyright infringement of motion picture

## VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13- 3190**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Cowslip Film Partners, LLC - Los Angeles County, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Fileserve Holdings Limited - British Virgin Islands |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: May 1, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |